[Civ. No. 9595. Second Appellate District, Division Two.—November 13, 1934.]

CALIFORNIA TREASURE BOX (a Corporation), Petitioner, v. THE SUPERIOR COURT OF LOS ANGELES COUNTY et al., Respondents.

Frank L. Simons for Petitioner.

Everett W. Mattoon, County Counsel, and S. V. O. Prichard, Deputy County Counsel, for Respondents.

STEPHENS, P. J.—■ This proceeding is one in *mandamus* to require the discharge of an attachment issued out of an action in the superior court. It is alleged in the complaint that corporate stock was purchased by the plaintiff under defendant's false pretenses and that plaintiff promptly rescinded. The prayer is for the return of the purchase money paid with interest.

The facts bring the issue within the principles expressed in *McCall* v. *Superior Court*, 1 Cal. (2d) 527 [36 Pac. (2d) 642].

The alternative writ is discharged and the peremptory writ is denied.

Crail, J., and Willis, J., *pro tem.*, concurred.